**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **STEPHANIE LYNNETTE PAYLOR,** <br><br> **Defendant.** | **Crim. Case No. 25-351-SLS** |

**SECOND JOINT MOTION FOR ORDER**
**AUTHORIZING SALE OF REAL PROPERTY**

The United States of America and Stephanie Paylor, through her attorneys Eugene Gorokhov and Jonathan Knowles, respectfully request that the Court enter an Order authorizing the sale of real property – which the defendant owns through her LLC, Blake Residential Solutions, LLC – at 13805 King Gregory Way, Upper Marlboro, Maryland ("King Gregory Property").

On December 3, 2025, the defendant pled guilty to conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. That same day, the Court signed a Consent Order of Forfeiture subjecting the defendant to a money judgment in the amount of $1,037,946.12. ECF No. 10. In the Order, the Court retained jurisdiction to enforce the Order and to amend it as necessary, consistent with Rule 32.2.

The defendant, with the consent of the United States, has arranged for the sale of the King Gregory Property and to have a portion of the sale proceeds go to the United States in partial satisfaction of her money judgment.[1]

---

[1] The United States believes that affording the defendant the opportunity to sell the property in this manner (as opposed to a potential sale by the USMS) will result in more money being realized by the government.

Specifically, the King Gregory Property is being purchased for $330,000 by J.C.  After all standard settlement costs, including realtor fees, taxes, and paying off the mortgage, the United States is expected to realize approximately $70,000 from the sale.[2]

A title company handling the sale of another property required a Court order specifically authorizing the sale to ensure that the conveyance will pass insurable title. Thus, the United States and the defendant respectfully request that the Court issue the proposed order to ensure that the sale of the property can go forward consistent with the terms agreed to by the defendant and the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    /s/ Kondi J. Kleinman
Kondi J. Kleinman, Cal. Bar No. 241277
Assistant United States Attorney
Fraud, Public Corruption & Civil Rights Section
601 D Street, N.W. | Washington, D.C. 20530
(202) 252-6887 | kondi.kleinman2@usdoj.gov

---

[2] The actual proceeds may vary based on final prorations, lender payoff, title fees, and other closing adjustments.