## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

STEPHANIE LYNNETTE PAYLOR,

*Defendant.*

Criminal Action No. 25-351 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

In light of the United States' consent, the Court **GRANTS** the Parties' Joint Motion for Order Authorizing Sale of Real Property, ECF No. 15. The Court authorizes the sale of the real property located at 13805 King Gregory Wy, Upper Marlboro, MD 20772, on the terms agreed to by the Defendant Stephanie Lynnette Paylor, who owns the property through her LLC, Blake Residential Solutions, LLC, and the purchaser.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date:    May 18, 2026